In view of the foregoing, it is apparent that the involved merchandise, which is utilized to provide a commercial means for measuring the ability of electrical or acoustical devices to respond to audio frequencies, does not fall within any of the definitions set forth above. Accordingly, the claim thereunder is untenable.

The record establishes without contradiction that the oscillator involved herein does produce, modify, rectify, control, or distribute electrical energy. Accordingly, the oscillator, item 1014, is, in our opinion, properly dutiable at the rate of 15 per centum ad valorem under paragraph 353 of the Tariff Act of 1930, as modified, *supra*, as claimed by plaintiff herein. The record also establishes that the level recorder and potentiometer of which it is a part, items 2304 and 2347, respectively, although they do not produce, modify, rectify, control, or distribute electrical energy, do have as an essential feature an electrical element or device and are, therefore, in our opinion, properly dutiable at the rate of 13¾ per centum ad valorem under said paragraph 353 of the Tariff Act of 1930, as modified, *supra*, as claimed by plaintiff herein.

To the extent indicated, the specified claims in the above suit are sustained; in all other respects and as to all other merchandise, all the claims are overruled.

Judgment will be rendered accordingly.

SEPTEMBER 28, 1962

No. 67086.—A. Zerkowitz & Co., Inc. *v.* United States, protests 60/30748, etc.— Plaintiff's application for rehearing denied.

No. 67087.—A. Zerkowitz & Co., Inc. *v.* United States, protests 60/31217, etc.— Plaintiff's application for rehearing denied.

No. 67088.—A. Zerkowitz & Co., Inc. *v.* United States, protests 61/4787 and 61/4789.— Abstract 66726. Plaintiff's application for rehearing denied.

BEFORE THE FIRST DIVISION, OCTOBER 1, 1962

No. 67089.—M. Velez & Company *v.* United States, protest 59/27094 (San Juan).

OLIVER, Chief Judge: The merchandise the subject of the above-enumerated protest is described on the invoice accompanying the entry as "PENCILS. 50 gross. Ball Pencils." It was classified by the collector of customs under the provision in paragraph 1550(b), Tariff Act of 1930, as modified by T.D. 54108, for fountain or stylographic pens, and duty was taken at the rate of 60 cents per dozen and 34 per centum ad valorem. The protest claim is for duty at the rate of 50 cents per gross and 15 per centum ad valorem under the provision in paragraph 1549(a) of the said act, as modified by T.D. 52739, supplemented by T.D. 52820, for—

Pencils of paper, wood, or other material not metal, filled with material other than black lead or copy or indelible lead, not specially provided for.